**Mary Anne TUCKER, f/k/a Mary Anne Mundy, Petitioner–Respondent,**

v.

**Thomas K. MUNDY, Respondent–Appellant.**

**No. 58212.**

Missouri Court of Appeals, Eastern District, Division One.

March 26, 1991.

Love, Lacks & Paule, Bryan L. Hettenbach, St. Louis, for petitioner-respondent.

N. Kimasa Sindel, St. Louis, for respondent-appellant.

### ORDER

PER CURIAM.

Father appeals from a denial of his motion to modify and decrease his child support obligation. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order. Judgment affirmed in accordance with Rule 84.16(b).